UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 3:25-CR-69 |
| v. | ) JUDGES Varlan/Poplin |
| MICHAEL WILLIAM SPITZE, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Attempting to Tamper with A Victim)

On or about March 3, 2024, in the Eastern District of Tennessee and elsewhere, the defendant, **MICHAEL WILLIAM SPITZE,** did knowingly attempt to intimidate, threaten, and corruptly persuade a minor victim (MV) to delete any online content and communication with Kyle Spitze and encourage any others do the same with the intent to cause or induce any person to alter, destroy, mutilate or conceal an object with the intent to impair the object's integrity and availability for use in an official proceeding involving the case of *United States v. Kyle William Spitze*, 3:24-CR-25, in violation of Title 18, United States Code, Section 1512(b)(2)(B).

### COUNT TWO
(Attempting to Tamper with A Victim)

Further, on or about March 4, 2024 to on or about March 18, 2024, within the Eastern District of Tennessee and elsewhere, defendant **MICHAEL WILLIAM SPITZE** did knowingly attempt to intimidate, threaten, corruptly persuade and engage in misleading conduct towards a minor victim (MV) by providing MV money and engaging in manipulative behavior towards MV, with the intent to hinder, delay, or prevent the communication to law enforcement of

information relating to the possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

*Jennifer* (signature)

Jennifer Kolman
Assistant United States Attorney