IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CASE NO. 25-MJ-1841-1 |
| MICHAEL WILLIAM SPITZE | * |
| Defendant | * |

*******

## MOTION TO UNSEAL

The United States of America, through undersigned counsel, respectfully moves for an order unsealing the case in the above-captioned matter.

**WHEREFORE**, the government requests that the case be unsealed. The Defendant has been arrested in connection with this case, thereby obviating the need to maintain the case under seal any longer.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Joshua A. Rosenthal
Assistant United States Attorney

**ORDERED** as prayed, this 23rd day of July, 2025.

_____
Honorable Gina L. Simms
United States Magistrate Judge